In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00011-CR**
_____

**IN RE FESTUS JOHNSON**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator Festus Johnson filed a petition for writ of mandamus with this Court. Relator raises four issues, three of which seek to appeal a ruling by the trial court that he alleges violated due process and denied him equal protection, and he also complains of the trial court's order denying him a free record.

Relator has not demonstrated that he is clearly entitled to mandamus relief from this Court. *See State ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (To demonstrate entitlement to a writ of mandamus, a relator must establish that the trial court failed to perform a ministerial duty, and that relator has no other adequate legal remedy.). Accordingly, we deny relief on the petition for writ of mandamus.

1

PETITION DENIED.

PER CURIAM

Submitted on January 22, 2013
Opinion Delivered February 6, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.